**MDL 1532**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 3 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1532

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 25, 2003, the Panel transferred ten civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable D. Brock Hornby.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maine and assigned to Judge Hornby.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of June 25, 2003, ___F.Supp.2d___ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable D. Brock Hornby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**
IMAGED AUG 11 '03

# SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1532
## IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION

DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 03-946 | AAA Egg Farm v. General Motors Corp., et al. |
| CAN | 3 | 03-1108 | Mario C. Patane v. General Motors Corp., et al. |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 03-10478 | Catherine Schmidt v. General Motors Acceptance Corp., et al. |
| MA | 1 | 03-10580 | Barry Kushner v. General Motors Corp., et al. |
| MA | 1 | 03-10903 | Arthur Brewster, et al. v. General Motors Corp., et al. |

**NEW JERSEY**
| | | | |
|---|---|---|---|
| NJ | 2 | 03-1052 | Michael Rosen v. General Motors Corp., et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 03-908 | Jennifer McDonough, et al. v. General Motors Corp., et al. |
| NYE | 1 | 03-911 | Miriam Schvom v. General Motor Corp., et al. |
| NYE | 1 | 03-1618 | New White Electric Co., Inc. v. General Motors Corp., et al. |
| NYE | 1 | 03-1630 | Madhusmita Gupte, et al. v. General Motors Corp., et al. |
| NYE | 1 | 03-1845 | St. George Hunt v. General Motors Corp., et al. |
| NYE | 1 | 03-2067 | Robert I. Elan, et al. v. General Motors Corp., et al. |
| NYE | 1 | 03-2329 | Jatin Bhaidis v. General Motors Corp., et al. |
| NYE | 1 | 03-2488 | Zoraida Luna, et al. v. BMW of North America, Inc. |
| NYE | 1 | 03-2645 | Bruce Belodoff v. General Motors Corp., et al. |

**PENNSYLVANIA EASTERN**
| | | | |
|---|---|---|---|
| PAE | 2 | 03-2295 | William H. Brown v. General Motors Corp., et al. |