**MDL 1532**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 18 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1532

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION

*Sean Gregor and Associates Co., L.P.A. v. DaimlerChrysler Financial Services Americas, LLC, et al.,* N.D. Ohio, C.A. No. 1:06-2793

### CONDITIONAL TRANSFER ORDER (CTO-6)

On June 25, 2003, the Panel transferred ten civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 269 F.Supp.2d 1372 (J.P.M.L. 2003). Since that time, 20 additional actions have been transferred to the District of Maine. With the consent of that court, all such actions have been assigned to the Honorable D. Brock Hornby.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Maine and assigned to Judge Hornby.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of June 25, 2003, and, with the consent of that court, assigned to the Honorable D. Brock Hornby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 46

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**
IMAGED FEB 5 2007